## COLLINS ET. AL., APPELLANTS V. BARDING.

**Motion for New Trial.** The Supreme Court will notice no errors not appearing in the record proper, unless the motion for new trial is incorporated in the bill of exceptions. Mere reference in the bill to a prior page of the transcript, where it is set out in full, will not answer.

*Appeal from Cedar Circuit Court.*—HON. JOHN D. PARKINSON, Judge.

*R. F. Buler*, for appellants.

SHERWOOD, C. J.—Action on promissory notes, the questions in the case all concerning the pleas of payment and of the statute of limitations. It is impossible for us to notice the alleged errors, as the motion for a new trial has not been incorporated in the bill of exceptions. Mere ref-

erence to the page of the transcript will not answer. Motions must be incorporated in the bill in order to be regarded by us—(*Pacific R. R. Co. v. Opel,* decided at last term). As there is no error in the record proper, the judgment is affirmed. All concur.

AFFIRMED.